AO 245D  (Rev. 9/00) Judgment in a Criminal Case for Revocations (CDIL)

# UNITED STATES DISTRICT COURT

Central District of Illinois

UNITED STATES OF AMERICA
v.
RICHARD BERG

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 96-10070-001

Karl Bryning
Defendant's Attorney

FILED
MAR 12 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**THE DEFENDANT:**

[X] admitted guilt to violation of condition(s)  MC, SC6  of the term of supervision.

[ ] was found in violation of condition(s) _____ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Possession of Cocaine | 12/17/2007 |
| 2 | Failure to Comply with Rules on Community Confinement | 12/17/2007 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec.: 
Defendant's Date of Birth: 1971
Defendant's USM No.: 10926-026
Defendant's Residence Address:
IN CUSTODY: Knox County Jail
1525 Kellogg
Galesburg, IL 61401

Defendant's Mailing Address:
IN CUSTODY: Knox County Jail
1525 Kellogg
Galesburg, IL 61401

March 7, 2008
Date of Imposition of Judgment
s/ Michael M. Mihm
Signature of Judicial Officer

MICHAEL M. MIHM
U.S. DISTRICT JUDGE
Name and Title of Judicial Officer

3/12/08
Date

AO 245D    (Rev. 9/00) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

---

Judgment — Page 2 of 2

DEFENDANT: RICHARD BERG
CASE NUMBER: 96-10070-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   12 months and 1 day

[x] The court makes the following recommendations to the Bureau of Prisons:
Court recommends that defendant: 1) be placed in a facility where he will receive maximum exposure to drug treatment/counseling; 2) be placed in a minimum/low security facility as close to his family in Peoria, IL as possible; 3) be placed specifically at FCC, Terre Haute, IN

[x] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
   [ ] at _____ [ ] a.m. [ ] p.m. on _____ .
   [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before 2 p.m. on _____ .
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

   Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL